UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)   Case No. 25-14585-TBM
TRUE BLUE HEATING AND AIR )
CONDITIONING, LLC )
)
)   Chapter 11, Subchapter V
Debtor. )

## ORDER GRANTING MOTION BY SUBCHAPTER V TRUSTEE TO APPROVE POST-PETITION RETAINER

THIS MATTER came before the Court upon the *Motion by Subchapter V Trustee to Approve Post-Petition Retainer* (Docket No. 11, the "**Motion**"), filed by Jonathan M. Dickey, the Subchapter V trustee (the "**Trustee**"). The Trustee asserts he provided proper notice of his Motion and no objection has been filed. Accordingly, the Court hereby

ORDERS:

1. The Motion is GRANTED.

2. Debtor True Blue Heating and Air Conditioning, LLC is authorized to pay a $3,000 retainer (the "**Retainer**") to the Trustee as security towards anticipated fees and expenses to be incurred in the performance of his duties as Subchapter V trustee. Payment(s) shall be made to Jonathan M. Dickey, Trustee, and sent via regular U.S. mail to: Jonathan M. Dickey, Esq., Kutner Brinen Dickey Riley, P.C., 1600 Lincoln Street, Suite 1720; Denver, CO 80264.

3. The Trustee shall hold the Retainer in trust, with any application of the Retainer subject to further Order of the Court.

DATED this 25th day of August, 2025.

BY THE COURT:

*/s/ Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Judge