# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>TRUE BLUE HEATING & AIR, LLC,<br><br>Debtor. | Bankruptcy Case No. 25-14585 TBM<br><br>Chapter 11 |

## ORDER DENYING APPLICATION FOR PAYMENT

THIS MATTER comes before the Court on the "Application for Payment" (Docket No. 39, the "Application") filed by the Debtor, True Blue Heating & Air, LLC (the "Debtor") and the "Objection to Debtor's Application for Payment" (Docket No. 40, the "Objection") filed by the United States Trustee. Through the Application, the Debtor requests authorization to pay $3,500 to "Johnny M. Wilson, P.C." in connection with the Chapter 11 reorganization case of *In re True Blue Heating & Air, LLC*, Case No. 25-14585 (Bankr. D. Colo.) (the "Chapter 11 Case") which was commenced on July 23, 2025.

The Court DENIES the Application for the following fundamental reasons:

1. Neither Johnny M. Wilson nor Johnny M. Wilson P.C. ("Counsel") have requested authorization to represent the Debtor in the Chapter 11 Case under 11 U.S.C. § 327(a). Accordingly, the Court has not approved the retention of Counsel by the Debtor. Generally, without approval under 11 U.S.C. § 327(a), professionals are considered volunteers and may not be compensated. *Lazzo v. Rose Hill Bank (In re Schupbach Invs., LLC)* 808 F.3d 1215, 1219 (10th Cir. 2015); *In re Novinda Corp.*, 2017 WL 1284715 at *1 (Bankr. D. Colo. 2017); Fed. R. Bankr. P. 2014; and L.B.R. 2014-1.

2. Counsel failed to comply with the requirements for professional compensation pursuant to: 11 U.S.C. §§ 328, 329, 330, and 331; Fed. R. Bankr. P. 2016; and L.B.R. 2016-1 and 2016-2.

Accordingly, the Application is DENIED.

DATED this 3rd day of September, 2025.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara
United States Bankruptcy Court Judge